# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BENEFICIAL CONSUMER DISCOUNT COMPANY D/B/A BENEFICIAL MORTGAGE COMPANY OF PENNSYLVANIA, REPONDENT | : : : : : | No. 399 WAL 2019 |
| | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : | |
| PAMELA A. VUKMAN, | : : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.